# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00502-CV

**The University of Texas Medical Branch Correctional Managed Care, Appellant**

**v.**

**Brenda Alexander, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-07-002319, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant The University of Texas Medical Branch Correctional Managed Care has notified this Court that it no longer wishes to pursue its appeal and has filed a voluntary motion to dismiss. Appellee Brenda Alexander has not objected or otherwise responded to the motion. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Jeff Rose, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed:   December 4, 2012